## 52182. SINGLETON v. THE STATE.

WEBB, Judge.

1. A motion to suppress evidence which is made orally is procedurally defective and a denial thereof is authorized. Code Ann. § 27-313 (b); *Graves v. State,* 135 Ga. App. 921 (219 SE2d 633).

2. Appellant complains of a portion of the district attorney's closing argument. However, no objection was made at trial, and no reversible error appears. *Gerdine v. State,* 136 Ga. App. 561, 562 (3) (222 SE2d 128).

3. The evidence authorized the guilty verdict, and the general grounds of the motion for new trial are without merit.

*Judgment affirmed. Deen, P. J., and Quillian, J., concur.*

SUBMITTED MAY 5, 1976 — DECIDED MAY 20, 1976.

*Horton J. Greene,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Donald G. Frost, Assistant District Attorneys,* for appellee.